**Order entered July 10, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01052-CR

**ANTHONY TROY CHIPLIN JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-00211-T**

## ORDER

Before the Court is the State's July 5, 2018 second motion to extend time to file its brief.

We **GRANT** the motion and **ORDER** the State's brief due on or before August 6, 2018.

/s/     LANA MYERS
        JUSTICE